**FILED**

09/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0258

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0258

FILED

SEP 1 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DAVID LAWRENCE PITTSLEY, JR.,

Defendant and Appellant.

ORDER

Counsel for Appellant David Lawrence Pittsley, Jr., filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). This Court granted Pittsley time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We conclude no arguments with potential legal merit can be raised Pittsley's appeal.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Pittsley personally.

DATED this 13 day of September, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2